- 1 -

Your Name: Nicholas J Watzke

Address: 391 Ellis St. San Francisco, CA 94102

Phone Number: 408) 387-0679

Fax Number: ~

E-mail Address: Nicholaswatzke66@gmail

Pro Se Plaintiff

FILED

SEP 26 2022

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TSH

CV22    5469

Nicholas Watzke

Plaintiff,

vs.

City of San Francisco
and County, Charles
Watzke, ETAL.

Defendant.

Case Number  *[leave blank]*

COMPLAINT (186.22 PC)

18 USC 1111,1113, 241, 242 ETAL.
28 USC 1738a

DEMAND FOR JURY TRIAL

Yes ☐  No ☒

**PARTIES**

1. Plaintiff. [*Write your name, address, and phone number. Add a page for additional plaintiffs.*]

Name: Nicholas J Watzke

Address: 391 Ellis St. San Francisco, CA 94102

Telephone: 408) 387-0679

COMPLAINT

PAGE ___ OF ___ *[JDC TEMPLATE – Rev. 05/2017]*

## VENUE

*[The counties in this District are: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo, or Sonoma. If one of the venue options below applies to your case, this District Court is the correct place to file your lawsuit. Check the box for each venue option that applies.]*

4.    Venue is appropriate in this Court because:

☒ a substantial part of the events I am suing about happened in this district.

☐ a substantial part of the property I am suing about is located in this district.

☐ I am suing the U.S. government, federal agency, or federal official in his or her official capacity <u>and</u> I live in this district.

☐ at least one defendant is located in this District and any other defendants are located in California.

## INTRADISTRICT ASSIGNMENT

*[This District has three divisions: (1) San Francisco/Oakland (2) San Jose; and (3) Eureka. First write in the county in which the events you are suing about happened, and then match it to the correct division. The San Francisco/Oakland division covers Alameda, Contra Costa, Marin, Napa, San Francisco, San Mateo, and Sonoma counties. The San Jose division covers Monterey, San Benito, Santa Clara, Santa Cruz counties. The Eureka division covers Del Norte, Humboldt, Lake, Mendocino counties, only if all parties consent to a magistrate judge.]*

5.    Because this lawsuit arose in ___San Francisco___ County, it should be assigned to the ___Northern District___ Division of this Court.
Federal

## STATEMENT OF FACTS

*[Write a short and simple description of the facts of your case. Include basic details such as <u>where</u> the events happened, <u>when</u> things happened and <u>who</u> was involved. Put each fact into a separate, numbered paragraph, starting with paragraph number 6. Use more pages as needed.]*

6. Was stay at The Navigation Center untill I noticed and was ABLE To get All The Evidance That I NEEDED to Show ThaT They Have Been Saling For Money

COMPLAINT

PAGE ___ OF ___ *[JDC TEMPLATE – Rev. 05/2017]*

-2-

2. Defendants. [*Write each defendant's full name, address, and phone number.*]

Defendant 1:

Name: City and County of San Francisco

Address: # San Francisco county

Telephone: —

Defendant 2:

Name: Charles Watzke

Address: ~~Not A~~ N/A

Telephone: 321) 769-5332

Defendant 3:

Name: ET.AL, with CasE# 3:22-CV-04855-LB

Address: —

Telephone: —

## JURISDICTION

[*Usually only two types of cases can be filed in federal court, cases involving "federal questions" and cases involving "diversity of citizenship." Check at least one box.*]

3. My case belongs in federal court

[X] under <u>federal question jurisdiction</u> because it is involves a federal law or right.

[*Which federal law or right is involved?*] 18USC 1111, 1113, 241, 242 and 28USC 1738a .

[ ] under <u>diversity jurisdiction</u> because none of the plaintiffs live in the same state as any of the defendants <u>and</u> the amount of damages is more than $75,000.

COMPLAINT

PAGE ___ OF ___ [*JDC TEMPLATE – Rev. 05/2017*]

The Emergency Voucher's for Housing along with changing of the Bed's and number's so that it looked like you where not there when you where. (pry walk Kidnapping)

Along with I beleive to Be 3 attemp's on my Life By (conspirise)

This is Tipical (Gang Activity)

Along with all the Drug Harresment that I could possible Handle. and Being (posinied)

(PC 186.22)

//

//

COMPLAINT

PAGE ___ OF ___ [JDC TEMPLATE – Rev. 05/2017]

## CLAIMS

### First Claim

(Name the law or right violated: 186.22 pc Title 18, 28 EtAL, )

(Name the defendants who violated it: _____ )

[Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed. You do not need to make legal arguments. You can refer back to your statement of facts.]

Have Been druged ~~with~~ While Being There.

They Have got some of There Friends To Tamper with Evidance IN a case also

And Them To stock me and They Have attacted ~~is~~ Me Before

SEE 911 Report and cad report.

~~KA~~ Now IM Homless and Have Been living on The street For over a month and Have now Last EVerthing That I Have ~~But~~ Built up for The past year

//

COMPLAINT

PAGE ___ OF ___ [JDC TEMPLATE – 05/17]

## DEMAND FOR RELIEF

*[State what you want the Court to do. Depending on your claims, you may ask the Court to award you money or order the defendant to do something or stop doing something. If you are asking for money, you can say how much you are asking for and why you should get that amount, or describe the different kinds of harm caused by the defendant.]*

ALL CIVIL DAMAGES
ALL NON ECONOMIC - DAMAGES
ETAL.

## DEMAND FOR JURY TRIAL

*[Check this box if you want your case to be decided by a jury, instead of a judge, if allowed.]*

☐ Plaintiff demands a jury trial on all issues.

Respectfully submitted,

Date: 9-26-2022    Sign Name: _____

Print Name: Nicholas J Watzke

COMPLAINT

PAGE ___ OF ___ *[JDC TEMPLATE – 05/17]*

- 8 -

*[Copy this page and insert it where you need additional space.]*

COMPLAINT

PAGE ___ OF ___ *[JDC TEMPLATE – 05/17]*